IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.   4:19-CR-719-S2

MATTHEW DOWELL

## WAIVER OF APPEARANCE

I, Matthew Dowell, waive my appearance at the arraignment scheduled for July 15, 2020. I affirm that I have had the indictment read to me on July 10, 2020 and I understand the charges against me and their potential sentence and consequences if I were convicted of the alleged offenses. My plea is not guilty.

_____
Defendant

7/10/20
_____
Date

_____
Counsel for Defendant

7/10/20
_____
Date