**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                                                    **4:19-CR-719-S2**

**MATTHEW DOWELL**

**O R D E R**

Having considered the Unopposed Motion to Waive Appearance at Arraignment filed by the Defendant, the Court finds that the interests of justice are served by accepting the waiver.

Therefore, the Court accepts the Waiver of Appearance.  This Court ORDERS that the Defendant is not required to appear at the arraignment scheduled for July 15. 2020.  The Court further ORDERS that counsel for both parties may appear by phone, rather than in person, for that same arraignment if necessary.

SIGNED at Houston, Texas, on _____, 2020.

_____
UNITED STATES MAGISTRATE JUDGE